THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY EDMONDS and JOHN TINSLEY, Appellants.

(Argued June 7, 1933; decided July 11, 1933.)

*Michael Delagi* and *William J. Cahill* for Henry Edmonds, appellant.

*Seymour Mork* and *William P. Thomas* for John Tinsley, appellant.

*Samuel J. Foley,* District Attorney (*Sol. Boneparth, Herman J. Fliederblum* and *Martin M. Frank* of counsel), for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.